IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) MIGUEL GONZALEZ-GONZALEZ<br>**2) CARMEN GONZALEZ-ORTIZ**<br>Defendants | CRIMINAL 12-0226CCC |

**ORDER**

Having considered the Report and Recommendation filed on August 21, 2012 (**docket entry 41**) on a Rule 11 proceeding of defendant Carmen González-Ortiz (2) held before U.S. Magistrate Judge Marcos E. López on August 9, 2012, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that her plea was voluntary and intelligently entered with awareness of her rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since August 9, 2012. The **sentencing hearing is set for November 14, 2012 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on September 7, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge